DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT T. COLES,**
Appellant,

v.

**MICHELLE APPLE COLES,**
Appellee.

No. 4D18-1359

[February 7, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Fahnestock, Judge; L.T. Case No. FMCE09014312.

Carla P. Lowry of Lowry at Law, P.A., Fort Lauderdale, for appellant.

Ronald A. Luzim of Ronald A. Luzim, P.A., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*